UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD MITCHELL,

Plaintiff,

v.

R. BROOMFIELD, et al.,

Defendants.

No.  2:25-cv-1380-CKD P

ORDER AND ORDER LIFTING ADR STAY

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. On April 13, 2026, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 18) is GRANTED and the ADR stay of this action is lifted.

2. By separate order, the court will set a schedule for this case.

Dated:  April 27, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mitc1380optout.post.answer

1