IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOHN MITCHELL,**

Plaintiff,

**v.**

**BROOMFIELD, et al.,**

Defendants.

2:25-cv-01380-CKD (PC)

**~~[PROPOSED]~~ ORDER**

Good cause appearing, Defendants' Motion for a thirty-day extension of time to serve Defendants' responses to Plaintiff's first set of discovery requests, is granted. Defendants shall serve their responses no later than August 19, 2026. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: July 21, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mitc1380.36disc